# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NOPAL IBARRA,<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY CORRECTIONAL CENTER,<br>Respondent. | Case No. 1:26-cv-05031-JLT-SAB-HC<br>ORDER DIRECTING RESPONDENT TO FILE TRANSCRIPT AND/OR RECORDING OF BOND HEARING |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Although Respondent has filed a copy of the immigration judge's bond memorandum, the Court finds that a transcript and/or recording of the bond hearing would assist the Court in this matter.

Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** of the date of service of this order, Respondent SHALL FILE a copy of the transcript and/or recording of Petitioner's bond hearing.

IT IS SO ORDERED.

Dated: **November 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge